UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                    RE:    HERIBERTO D. OLGUIN
                            Docket Number: 1:05CR00510-02 OWW
                            **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

On December 4, 2006, the above-named offender pled guilty to Possession of Cocaine with the Intent to Distribute. On February 20, 2010, he was sentenced to 70 months Bureau of Prisons and 60 months of supervised release.

On September 17, 2010, the offender was released from the Bureau of Prisons and began his supervised release in the Central District of California. The offender presently resides with his mother in Huntington Park, California, and works at McDonald's in Los Angeles, California. According to his supervising probation officer, the offender has paid his special assessment and successfully completed an outpatient substance abuse program.

The offender has requested permission to travel to Tecate, Mexico, to visit his father, Heriberto Olguin, Sr., from May 27, 2011 to May 31, 2011. The U.S. Probation Officer describes the offender as a model individual on supervision and recommends the his travel be approved. If travel is approved, the offender will be required to have his travel permit stamped and signed by a representative of the United States Customs Service upon reentry into the United States.

RE: **HERIBERTO D. OLGUIN**
Docket Number:   **1:05CR00510-02 OWW**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Leighann L. Milford

**Leighann L. Milford**
**Senior United States Probation Officer**

Dated:   May 6, 2011
Fresno, California
LLM

**REVIEWED BY:**   /s/ Robert Ramirez, Supv USPO   for
**Hubert J. Alvarez**
**Supervising United States Probation Officer**

Attachment(s)

cc:   Kevin P. Rooney
Assistant United States Attorney

Gerson S. Horn
Defense Counsel

---

**ORDER OF THE COURT:**

Approved _____X_____        Disapproved _____

IT IS SO ORDERED.

**Dated:   May 11, 2011**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE